JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUBEN FEBRONIO MARTINEZ, | ) | No. CV 13-6006-CW |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| G.D. LEWIS, | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the Petition for Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: February 2, 2016

_Carla M. Woehrle_
CARLA M. WOEHRLE
United States Magistrate Judge